App. Div.]                    Fourth Department, June, 1927.

In the Matter of Proving the Last Will and Testament of MARTHA H. BEEMAN, Deceased.— Appeal from order entered April 8, 1927, dismissed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

In the Matter of the Claim of FRANK RAYMOND, Respondent, v. THE ESTATE OF ANDREW DAVIS, Deceased, Appellant.— Motion to appoint a referee to take testimony denied. Motion to amend decision by making findings denied. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.

FRANCES McFARLANE, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. CENTRAL FIRE INSURANCE COMPANY OF BALTIMORE, Appellant.— Motion for reargument granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. NORTHERN ASSURANCE COMPANY, LIMITED, Appellant — Motion for reargument granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. COMMERCIAL UNION FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for reargument granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ANTONIO D'AMBROSIO and Others, Respondents, v. GREAT AMERICAN INSURANCE COMPANY, NEW YORK, Appellant.— Motion for reargument granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

PUELLA E. SCOTT, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Taylor and Sawyer, JJ.

In the Matter of Proving the Alleged Last Will and Testament of MARGARET T. EDINGER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.

PASQUALE MAURO and Another, Appellants, v. CHARLES GEHRKE and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.

JOSEPH SENN, Respondent, v. WILLIAM H. WELCH and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHARLES F. BALDWIN and Others, Respondents, v. HENRY W. SCHOONMAKER and Others, Appellants.— Motion for leave to appeal to Court of Appeals granted, and question for review certified. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARJORIE BENDER, by WILLIAM J. BENDER, Her Guardian ad Litem, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

J. DONALD SCOTT, Plaintiff, v. ROY BATTAMS, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.